1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JARED POWERS, et al.,                        No.  2:13-cv-1701 JAM CKD

12              Plaintiffs,

13      v.                                         ORDER

14   DOES 1-50, et al.,

15              Defendants.

16

17        In this action, plaintiffs allege claims for copyright infringement, defamation, and related

18   state law claims arising out of allegedly defamatory statements published on the internet.

19   Plaintiffs have filed an ex parte application seeking leave to conduct discovery prior to the Rule

20   26(f) conference so as to obtain information regarding the identity of the Doe defendants.  Further

21   clarification of the relief sought is required.

22        Accordingly, IT IS HEREBY ORDERED that:

23        1.  No later than September 11, 2013, plaintiffs shall specifically identify the entities

24   or internet service providers on whom they seek to serve Rule 45 subpoenas.  Plaintiffs shall

25   further identify the specific internet pseudonyms of the Doe defendants.

26   ////

27   ////

28   ////

                                                   1

2.  Plaintiffs' <u>ex parte</u> application shall thereafter stand submitted.

Dated:  August 28, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4  powers1701.exh

2