UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED POWERS, et al., | No. 2:13-cv-1701 JAM CKD |
| Plaintiffs, | |
| v. | ORDER |
| DOES 1-50, et al., | |
| Defendants. | |

Plaintiffs have requested clarification of the court's September 13, 2013 order allowing limited expedited discovery. ECF No. 10. Although titled a "request for clarification," it appears plaintiffs are in fact seeking a modification of the order. The order stands as issued. If sufficient identifying information is not obtained via the subpoena allowed under the September 13, 2013 order, plaintiff may move for an order allowing expedited discovery for service of a subpoena on an internet service provider to identify the internet protocol address associated with the Doe defendant.

Accordingly, IT IS HEREBY ORDERED that plaintiffs' request for clarification (ECF No. 11) is denied.

Dated: September 19, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 powers1701.cla