Deborah Barron, Esq., (Bar No. 153840)
deborah.barron@lawbarron.com
BARRON LAW CORPORATION
1900 Point West Way, Suite 202
Sacramento, CA 95815
(916) 486-1712
(916) 927-5524

Attorneys for Plaintiffs Jared Powers and Winona Valdez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JARED POWERS, an individual; <br> WINONA VALDEZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-50, <br><br> Defendants. | CASE NO.  2:13-CV-01701 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(i)** |

Pursuant to F.R.C.P. (a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiffs

JARED POWERS and WINONA VALDEZ and their counsel, hereby gives notice that the above

captioned action is voluntarily dismissed, without prejudice against the defendants.

Respectfully submitted,

Dated: November 20, 2014          **BARRON LAW CORPORATION**

By:___*Deborah Barron*_____
Deborah Barron, Esq.
Attorney for Plaintiffs